IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-1319-D |
| | § | |
| PR BROTHERS INC et al., | § | |
| | § | |
| Defendants. | § | |

Response date: September 8, 2025

**ORDER**

Pursuant to Fed. R. Civ. P. 4(m), the court orders that plaintiff demonstrate good cause, in accordance with Rules 4(m) and 6(b), for failing to effect service on PR Brothers, Inc., ("PR"), Lobsang Sherpa, ("Sherpa"), and Pritam Agrawal ("Agrawal"). This must be done by filing a written response with the clerk of court no later than the response date specified above. If the court does not receive the required response on or before the response date, or if the response received by the court fails to demonstrate good cause, the court will dismiss this action as to PR, Sherpa, and Agrawal, without prejudice, by authority of Rule 4(m).

**SO ORDERED**.

August 25, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE