AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| G&G Closed Circuit Events LLC <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 3:25-cv-01319-D |
| PR Brothers Inc et al <br> *Defendant* | ) <br> ) <br> ) <br> ) | |

### Summons in a Civil Action

**TO:** Lobsang Sherpa

*doing business as* Hillside Cigar Lounge

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   David Diaz
   15110 N Dallas Parkway, Suite 300
   Dallas , TX 75248

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


DATE: 05/28/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DISTRICT: Northern       CIVIL ACTION NO.: 3:25-cv-01319-D       DIVISION: Dallas

## AFFIDAVIT OF SERVICE

**PLAINTIFF:** G&G Closed Circuit Events, LLC, as Broadcast Licensee of the May 28, 2022 Gervonta Davis v. Rolando Romero Championship Fight Program

**VS.**

**DEFENDANT(S):** (1) PR Brothers Inc, individually, and d/b/a Hillside Cigar Lounge; (2) Lobsang Sherpa, individually, and d/b/a Hillside Cigar Lounge; and (3) Pritam Agrawal, individually, and d/b/a Hillside Cigar Lounge

The documents came to hand for service on: **8/27/25**, 2025. Time: **10:00 AM**

Documents received for service:

SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS; NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE;

The documents were delivered on: **8/27/25**, 2025. Time: **12:00 PM**

Executed at (address): **1402 Medina Trail, Euless, TX 76039**

To the following defendant: **Lobsang Sherpa,, individually, and d/b/a Hillside Cigar Lounge**

**X** PERSONALLY delivering the service documents to the person above.
___ LEAVING the service documents at the defendant's dwelling or usual place of abode with an individual named _____, a person of suitable age and discretion who resides there.
___ SUBSTITUTE SERVICE per Order by delivering the service documents to _____, a person over sixteen (16) years of age, at the above listed address which is the usual place of ___ abode ___ business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, **Guy C. Connelly**, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service fee: **$85.00**
Witness Fee Tendered: _____
Mileage: _____

By: _____
Printed Name: **Guy Connelly**
Texas Certification #: **PSC 2201**
Company: **IRM**
Address: **207 S. Buffalo St., Canton, TX 75103**

## VERIFICATION

STATE OF TEXAS}

On this day **Guy C. Connelly** appeared before me, a notary public, and being duly sworn by me stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this **27th** day of **August**, 2025.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS



Anna M Connelly
My Commission Expires
7/3/2027
Notary ID 134436430

File # 804801