IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.   3:25-CV-1319-D |
| | § | |
| PR BROTHERS INC et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

On August 25, 2025 the court ordered that plaintiff demonstrate good cause, pursuant to Fed. R. Civ. P. 4(m) and 6(b), for failing to effect service as to defendant PR Brothers, Inc., ('PR"), among other defendants.   Because plaintiff failed to comply with the order as to PR, this action is dismissed without prejudice as to PR by judgment filed today.   The case remains pending as to the other defendants.

**SO ORDERED.**

September 12, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE