IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS LLC, § <br> § <br> Plaintiff, § <br> § <br> v.  § <br> § <br> PR BROTHERS INC et al., § <br> § <br> Defendants. § | Civil Action No.   3:25-CV-1319-D |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed without prejudice as to defendant PR Brothers, Inc.

Done at Dallas, Texas September 12, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE