IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-1319-D |
| | § | |
| LOBSANG SHERPA et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff's counsel has advised the court that the remaining parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

All unexpired deadlines are stayed, and defendants' September 15, 2025 motion to dismiss under Rule 12(b)(6) is statistically terminated.

**SO ORDERED**.

October 20, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE